**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  ZAPRIANOV, VALENTINO D.    §    Case No. 15-19517CAD
§
§
§
Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/03/2015. The undersigned trustee was appointed on 06/03/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         17,224.73

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 378.61 |
| Bank service fees | 321.45 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 16,524.67 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/04/2016 and the deadline for filing governmental claims was 01/04/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,472.47. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,472.47, for a total compensation of $2,472.47[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $111.97 for total expenses of $111.97[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/06/2017           By: /s/ Deborah Ebner
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 15-19517CAD | Trustee Name: | (330480) Deborah Ebner |
| --- | --- | --- | --- |
| Case Name: | ZAPRIANOV, VALENTINO D. | Date Filed (f) or Converted (c): | 06/03/2015 (f) |
| | | § 341(a) Meeting Date: | 07/16/2015 |
| For Period Ending: | 06/06/2017 | Claims Bar Date: | 01/04/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Residence/Single Family House: 3520 N. Ottawa, C | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at TCF Bank | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Business checking account at TCF Bank in name of | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | General and ordinary household goods and service | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Whole life ins. with State Farm No cash surrende | 0.00 | 0.00 | | 9,688.73 | FA |
| 7 | 100% shareholder of Valentinos Private Limo, Inc | Unknown | 0.00 | | 0.00 | FA |
| 8 | 2014 Lincoln with aprox. 41,000 miles (maybe in | 25,000.00 | 0.00 | | 0.00 | FA |
| 9 | REAL PROPERTY (u) | 5,500.00 | 5,500.00 | | 3,145.85 | FA |
| 10 | single family house: Pazardjik 4400 BG Akademik Stoianagriov 34 (u) | 15,000.00 | 0.00 | | 3,931.81 | FA |
| 11 | Parcel 1 in 34 acad Stoyan Argivor str. town of Pazardzhik municipality of Pazadzhik (u) | 7,560.00 | 0.00 | | 458.34 | FA |
| 12 | Parcel 2: Village of Dragor, Municipality of Pazardzhik regulated land plot no VI-232 quarter area 29 area 520.00 sq. m (u) | 594.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| Case No.: | 15-19517CAD | Trustee Name: | (330480) Deborah Ebner |
|---|---|---|---|
| Case Name: | ZAPRIANOV, VALENTINO D. | Date Filed (f) or Converted (c): | 06/03/2015 (f) |
| | | § 341(a) Meeting Date: | 07/16/2015 |
| For Period Ending: | 06/06/2017 | Claims Bar Date: | 01/04/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 12 | Assets    Totals   (Excluding unknown values) | $256,604.00 | $5,500.00 | | $17,224.73 | $0.00 |

**Major Activities Affecting Case Closing:**

July 6, 2016 - Hearing scheduled on Motion to compromise claim of Trustee to revoke discharge.

May 5, 2016 - Complaint to revoke Discharge filed.

12/8/15 - undisclosed real estate in Romania discovered by Trustee while reviewing marital settlement agreement. Trustee in process of contacting realtor in Bulgaria.

| **Initial Projected Date Of Final Report (TFR):** | 01/11/2019 | **Current Projected Date Of Final Report (TFR):** | 06/06/2017 (Actual) |
|---|---|---|---|

UST Form 101-7-TFR (5/1/2011)

Exhibit B
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19517CAD | | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|---|
| Case Name: | ZAPRIANOV, VALENTINO D. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1213 | | Account #: | ******7566 Checking Account |
| For Period Ending: | 06/06/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2015 | {6} | State Farm Life Insurance Company | net surrender value per state farm | 1129-000 | 9,688.73 | | 9,688.73 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.47 | 9,675.26 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.45 | 9,661.81 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.28 | 9,646.53 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.37 | 9,633.16 |
| 02/15/2016 | 101 | Adams- Levine | Bond Premium for balances as of December 31, 2015 | 2300-000 | | 8.37 | 9,624.79 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.35 | 9,611.44 |
| 03/23/2016 | 102 | Clerk of the United States Bankruptcy Court | payment of adversary filing fees | 2700-000 | | 350.00 | 9,261.44 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.16 | 9,246.28 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.95 | 9,233.33 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.80 | 9,220.53 |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

|  |  | Exhibit B |
|---|---|---|
|  |  | Page: 2 |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19517CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ZAPRIANOV, VALENTINO D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1213 | Account #: | ******7566 Checking Account |
| For Period Ending: | 06/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 14.54 | 9,205.99 |
| 07/19/2016 | {9} | Valentinos Private Limo Inc | Initial installment on court approved settlement | 1210-000 | 2,000.00 |  | 11,205.99 |
| 07/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 13.62 | 11,192.37 |
| 08/04/2016 | {9} | Valentino D Zaprianov | Initial installment on court approved settlement | 1210-000 | 229.17 |  | 11,421.54 |
| 08/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 17.94 | 11,403.60 |
| 09/06/2016 | {9} | Valentino D Zaprianov | Initial installment on court approved settlement | 1210-000 | 229.17 |  | 11,632.77 |
| 09/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 16.60 | 11,616.17 |
| 10/06/2016 | {9} | Valentinos Private Limo | Initial installment on court approved settlement | 1210-000 | 229.17 |  | 11,845.34 |
| 10/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 16.30 | 11,829.04 |
| 11/08/2016 | {9} | Valentinos Private Limo | Initial installment on court approved settlement | 1210-000 | 229.17 |  | 12,058.21 |
| 11/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 18.32 | 12,039.89 |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)                               ! - transaction has not been cleared

Exhibit B
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19517CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ZAPRIANOV, VALENTINO D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1213 | Account #: | ******7566 Checking Account |
| For Period Ending: | 06/06/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/05/2016 | {9} | Valentinos Private Limo | monthly court approved settlement payment | 1210-000 | 229.17 | | 12,269.06 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.51 | 12,251.55 |
| 01/09/2017 | {11} | Valentinos Private Limo | Monthly payment per order | 1210-000 | 229.17 | | 12,480.72 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.02 | 12,461.70 |
| 02/02/2017 | 103 | International Sureties, Ltd | Bond # 016073584 | 2300-000 | | 20.24 | 12,441.46 |
| 02/06/2017 | {10} | Valentinos Private Limo INc | Monthly payment per Order | 1210-000 | 229.17 | | 12,670.63 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.93 | 12,653.70 |
| 03/08/2017 | {11} | Valentino Zaprianov | settlement payment | 1210-000 | 229.17 | | 12,882.87 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.00 | 12,863.87 |
| 04/06/2017 | {10} | Valentino Zaprianov | settlement payment | 1210-000 | 229.17 | | 13,093.04 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.49 | 13,075.55 |
| 05/08/2017 | {10} | Valentinos Private Limo, Inc | Final Settlement installment payment | 1210-000 | 3,473.47 | | 16,549.02 |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)                    ! - transaction has not been cleared

| | | |
|---|---|---|
| | | Exhibit B |
| Form 2 | | Page: 4 |

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| Case No.: | 15-19517CAD | | Trustee Name: | Deborah Ebner (330480) |
| Case Name: | ZAPRIANOV, VALENTINO D. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1213 | | Account #: | ******7566 Checking Account |
| For Period Ending: | 06/06/2017 | | Blanket Bond (per case limit): | $5,000,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.35 | 16,524.67 |
| | | | **COLUMN TOTALS** | | 17,224.73 | 700.06 | $16,524.67 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 17,224.73 | 700.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$17,224.73** | **$700.06** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

Exhibit B
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | |                                    | | |
|---|---|---|---|---|
| **Case No.:** | 15-19517CAD | **Trustee Name:** | Deborah Ebner (330480) |
| **Case Name:** | ZAPRIANOV, VALENTINO D. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***1213 | **Account #:** | ******7566 Checking Account |
| **For Period Ending:** | 06/06/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7566 Checking Account | $17,224.73 | $700.06 | $16,524.67 |
| | **$17,224.73** | **$700.06** | **$16,524.67** |

**UST Form 101-7-TFR (5/1/2011)**

Printed: 06/06/2017 11:53 AM

Page: 1

# Exhibit C

## Claims Proposed Distribution Register

### Case: 15-19517CAD ZAPRIANOV, VALENTINO D.

**Case Balance:** $16,524.67       **Total Proposed Payment:** $16,524.67       **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Cbna | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,524.67 |
| | Lincoln Automotive Financial Servic | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,524.67 |
| | Provident Funding Asso | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,524.67 |
| | State Farm Life Insurance Comp. | Secured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,524.67 |
| | Law Office of Deborah Kanner Ebner | Admin Ch. 7 | $5,120.00 | $5,120.00 | $0.00 | $5,120.00 | $5,120.00 | $11,404.67 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $2,472.47 | $2,472.47 | $0.00 | $2,472.47 | $2,472.47 | $8,932.20 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Deborah Ebner | Admin Ch. 7 | $111.97 | $111.97 | $0.00 | $111.97 | $111.97 | $8,820.23 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Clerk of the United States Bankruptcy Court | Admin Ch. 7 | $350.00 | $350.00 | $350.00 | $0.00 | $0.00 | $8,820.23 |
| | <2700-00 Clerk of the Court Fees> | | | | | | | |
| | LOIS WEST | Admin Ch. 7 | $969.00 | $969.00 | $0.00 | $969.00 | $969.00 | $7,851.23 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| 1 | Discover Bank Discover Products Inc | Unsecured | $4,636.99 | $4,636.99 | $0.00 | $4,636.99 | $1,410.81 | $6,440.42 |

Printed: 06/06/2017 11:53 AM

Page: 2

# Exhibit C

## Claims Proposed Distribution Register

**Case: 15-19517CAD ZAPRIANOV, VALENTINO D.**

**Case Balance:** $16,524.67    **Total Proposed Payment:** $16,524.67    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Unsecured | $6,291.57 | $6,291.57 | $0.00 | $6,291.57 | $1,914.21 | $4,526.21 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Unsecured | $7,425.05 | $7,425.05 | $0.00 | $7,425.05 | $2,259.07 | $2,267.14 |
| 4 | American Express Centurion Bank c o Becket and Lee LLP | Unsecured | $3,092.99 | $3,092.99 | $0.00 | $3,092.99 | $941.04 | $1,326.10 |
| 5 | American Express Bank, FSB c o Becket and Lee LLP | Unsecured | $4,358.59 | $4,358.59 | $0.00 | $4,358.59 | $1,326.10 | $0.00 |
| | **Total for Case:** | **15-19517CAD** | $34,828.63 | $34,828.63 | $350.00 | $34,478.63 | $16,524.67 | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-19517CAD
Case Name: VALENTINO D. ZAPRIANOV
Trustee Name: Deborah Ebner

**Balance on hand:** $ 16,524.67

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 16,524.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2,472.47 | 0.00 | 2,472.47 |
| Trustee, Expenses - Deborah Ebner | 111.97 | 0.00 | 111.97 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 5,120.00 | 0.00 | 5,120.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 350.00 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - LOIS WEST | 969.00 | 0.00 | 969.00 |

Total to be paid for chapter 7 administrative expenses: $ 8,673.44
Remaining balance: $ 7,851.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,851.23

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,851.23 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,805.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank<br>Discover Products Inc | 4,636.99 | 0.00 | 1,410.81 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 6,291.57 | 0.00 | 1,914.21 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7,425.05 | 0.00 | 2,259.07 |
| 4 | American Express Centurion Bank<br>c o Becket and Lee LLP | 3,092.99 | 0.00 | 941.04 |
| 5 | American Express Bank, FSB<br>c o Becket and Lee LLP | 4,358.59 | 0.00 | 1,326.10 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,851.23 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**