**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

| | | |
|---|---|---|
| In re:  ZAPRIANOV, VALENTINO D. | § | Case No. 15-19517CAD |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Deborah Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $228,544.00 | Assets Exempt: | $6,750.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,851.23 | Claims Discharged Without Payment: | $17,953.96 |
| Total Expenses of Administration: | $9,373.50 | | |

3) Total gross receipts of $17,224.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $17,224.73 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $312,382.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $9,373.50 | $9,373.50 | $9,373.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $25,805.19 | $25,805.19 | $7,851.23 |
| **TOTAL DISBURSEMENTS** | $312,382.00 | $35,178.69 | $35,178.69 | $17,224.73 |

4) This case was originally filed under chapter 7 on 06/03/2015.  The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      09/15/2017                         By: /s/ Deborah  Ebner
                                                           Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY | 1210-000 | $3,145.85 |
| Parcel 1 in 34 acad Stoyan Argivor str. town of Pazardzhik municipality of Pazadzhik | 1210-000 | $458.34 |
| Whole life ins. with State Farm No cash surrende | 1129-000 | $9,688.73 |
| single family house: Pazardjik 4400 BG Akademik Stoianagriov 34 | 1210-000 | $3,931.81 |
| **TOTAL GROSS RECEIPTS** | | **$17,224.73** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Cbna | 4110-000 | $44,325.00 | NA | NA | NA |
| N/F | Lincoln Automotive Financial Servic | 4110-000 | $21,763.00 | NA | NA | NA |
| N/F | Provident Funding Asso | 4110-000 | $232,130.00 | NA | NA | NA |
| N/F | State Farm Life Insurance Comp. | 4110-000 | $14,164.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$312,382.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Deborah Ebner | 2100-000 | NA | $2,472.47 | $2,472.47 | $2,472.47 |
| Trustee, Expenses - Deborah Ebner | 2200-000 | NA | $111.97 | $111.97 | $111.97 |
| Attorney for Trustee Fees - Law Office of Deborah Kanner Ebner | 3110-000 | NA | $5,120.00 | $5,120.00 | $5,120.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - BOND | 2300-000 | NA | $28.61 | $28.61 | $28.61 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $321.45 | $321.45 | $321.45 |
| Accountant for Trustee Fees (Other Firm) - LOIS WEST | 3410-000 | NA | $969.00 | $969.00 | $969.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$9,373.50** | **$9,373.50** | **$9,373.50** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | NA | $4,636.99 | $4,636.99 | $1,410.81 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | NA | $6,291.57 | $6,291.57 | $1,914.21 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | NA | $7,425.05 | $7,425.05 | $2,259.07 |
| 4 | American Express Centurion Bank c o Becket and Lee LLP | 7100-000 | NA | $3,092.99 | $3,092.99 | $941.04 |
| 5 | American Express Bank, FSB c o Becket and Lee LLP | 7100-000 | NA | $4,358.59 | $4,358.59 | $1,326.10 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$25,805.19** | **$25,805.19** | **$7,851.23** |

# Form 1

Exhibit 8

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**   15-19517CAD

**Case Name:**   ZAPRIANOV, VALENTINO D.

**For Period Ending:**   09/15/2017

**Trustee Name:**   (330480) Deborah Ebner

**Date Filed (f) or Converted (c):**   06/03/2015 (f)

**§ 341(a) Meeting Date:**   07/16/2015

**Claims Bar Date:**   01/04/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence/Single Family House: 3520 N. Ottawa, C | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at TCF Bank | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Business checking account at TCF Bank in name of | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | General and ordinary household goods and service | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Whole life ins. with State Farm No cash surrende | 0.00 | 0.00 | | 9,688.73 | FA |
| 7 | 100% shareholder of Valentinos Private Limo, Inc | Unknown | 0.00 | | 0.00 | FA |
| 8 | 2014 Lincoln with aprox. 41,000 miles (maybe in | 25,000.00 | 0.00 | | 0.00 | FA |
| 9 | REAL PROPERTY (u) | 5,500.00 | 5,500.00 | | 3,145.85 | FA |
| 10 | single family house: Pazardjik 4400 BG Akademik Stoianagriov 34 (u) | 15,000.00 | 0.00 | | 3,931.81 | FA |
| 11 | Parcel 1 in 34 acad Stoyan Argivor str. town of Pazardzhik municipality of Pazadzhik (u) | 7,560.00 | 0.00 | | 458.34 | FA |
| 12 | Parcel 2: Village of Dragor, Municipality of Pazardzhik regulated land plot no VI-232 quarter area 29 area 520.00 sq. m (u) | 594.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:   2

Case No.:   15-19517CAD

Case Name:   ZAPRIANOV, VALENTINO D.

For Period Ending:   09/15/2017

Trustee Name:   (330480) Deborah Ebner

Date Filed (f) or Converted (c):   06/03/2015 (f)

§ 341(a) Meeting Date:   07/16/2015

Claims Bar Date:   01/04/2016

| | 1 Asset Description (Scheduled And Unscheduled (u) Property) | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|---|
| Ref. # | | | | | | | |
| 12 | Assets      Totals | (Excluding unknown values) | $256,604.00 | $5,500.00 | | $17,224.73 | $0.00 |

**Major Activities Affecting Case Closing:**

06/29/2017 - Final Report Filed

05/8/2017 - Debtor prepaid amounts due under payment plan.

6, 2016 - Hearing scheduled on Motion to compromise claim of Trustee to revoke discharge.

May 5, 2016 - Complaint to revoke Discharge filed.

12/8/15 - undisclosed real estate in Romania discovered by Trustee while reviewing marital settlement agreement. Trustee in process of contacting realtor in Bulgaria.

Initial Projected Date Of Final Report (TFR):          01/11/2019          Current Projected Date Of Final Report (TFR):          06/06/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19517CAD | |
| **Case Name:** | ZAPRIANOV, VALENTINO D. | |
| **Taxpayer ID #:** | **-***1213 | |
| **For Period Ending:** | 09/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7566 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2015 | {6} | State Farm Life Insurance Company | net surrender value per state farm | 1129-000 | 9,688.73 | | 9,688.73 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.47 | 9,675.26 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.45 | 9,661.81 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.28 | 9,646.53 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.37 | 9,633.16 |
| 02/15/2016 | 101 | Adams- Levine | Bond Premium for balances as of December 31, 2015 | 2300-000 | | 8.37 | 9,624.79 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.35 | 9,611.44 |
| 03/23/2016 | 102 | Clerk of the United States Bankruptcy Court | payment of adversary filing fees | 2700-000 | | 350.00 | 9,261.44 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.16 | 9,246.28 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.95 | 9,233.33 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.80 | 9,220.53 |

*{} Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19517CAD | |
| **Case Name:** | ZAPRIANOV, VALENTINO D. | |
| **Taxpayer ID #:** | **-***1213 | |
| **For Period Ending:** | 09/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7566 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.54 | 9,205.99 |
| 07/19/2016 | {9} | Valentinos Private Limo Inc | Initial installment on court approved settlement | 1210-000 | 2,000.00 | | 11,205.99 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 13.62 | 11,192.37 |
| 08/04/2016 | {9} | Valentino D Zaprianov | Initial installment on court approved settlement | 1210-000 | 229.17 | | 11,421.54 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.94 | 11,403.60 |
| 09/06/2016 | {9} | Valentino D Zaprianov | Initial installment on court approved settlement | 1210-000 | 229.17 | | 11,632.77 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.60 | 11,616.17 |
| 10/06/2016 | {9} | Valentinos Private Limo | Initial installment on court approved settlement | 1210-000 | 229.17 | | 11,845.34 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.30 | 11,829.04 |
| 11/08/2016 | {9} | Valentinos Private Limo | Initial installment on court approved settlement | 1210-000 | 229.17 | | 12,058.21 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.32 | 12,039.89 |

{} Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

Exhibit 9
Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19517CAD | |
| **Case Name:** | ZAPRIANOV, VALENTINO D. | |
| **Taxpayer ID #:** | **-***1213 | |
| **For Period Ending:** | 09/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7566 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/05/2016 | {9} | Valentinos Private Limo | monthly court approved settlement payment | 1210-000 | 229.17 | | 12,269.06 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.51 | 12,251.55 |
| 01/09/2017 | {11} | Valentinos Private Limo | Monthly payment per order | 1210-000 | 229.17 | | 12,480.72 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.02 | 12,461.70 |
| 02/02/2017 | 103 | International Sureties, Ltd | Bond # 016073584 | 2300-000 | | 20.24 | 12,441.46 |
| 02/06/2017 | {10} | Valentinos Private Limo INc | Monthly payment per Order | 1210-000 | 229.17 | | 12,670.63 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.93 | 12,653.70 |
| 03/08/2017 | {11} | Valentino Zaprianov | settlement payment | 1210-000 | 229.17 | | 12,882.87 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.00 | 12,863.87 |
| 04/06/2017 | {10} | Valentino Zaprianov | settlement payment | 1210-000 | 229.17 | | 13,093.04 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.49 | 13,075.55 |
| 05/08/2017 | {10} | Valentinos Private Limo, Inc | Final Settlement installment payment | 1210-000 | 3,473.47 | | 16,549.02 |

*{} Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**                                              *! - transaction has not been cleared*

Exhibit 9
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19517CAD | |
| **Case Name:** | ZAPRIANOV, VALENTINO D. | |
| **Taxpayer ID #:** | **-***1213 | |
| **For Period Ending:** | 09/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7566 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.35 | 16,524.67 |
| 08/02/2017 | 104 | Law Office of Deborah Kanner Ebner | Distribution payment - Dividend paid at 100.00% of $5,120.00; Claim # ADMIN; Filed: $5,120.00 | 3110-000 | | 5,120.00 | 11,404.67 |
| 08/02/2017 | 105 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $2,472.47; Claim # FEE; Filed: $2,472.47 | 2100-000 | | 2,472.47 | 8,932.20 |
| 08/02/2017 | 106 | Deborah Ebner | Distribution payment - Dividend paid at 100.00% of $111.97; Claim # TE; Filed: $111.97 | 2200-000 | | 111.97 | 8,820.23 |
| 08/02/2017 | 107 | LOIS WEST | Distribution payment - Dividend paid at 100.00% of $969.00; Claim # ; Filed: $969.00 | 3410-000 | | 969.00 | 7,851.23 |
| 08/02/2017 | 108 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 30.43% of $4,636.99; Claim # 1; Filed: $4,636.99 | 7100-000 | | 1,410.81 | 6,440.42 |

Exhibit 9
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-19517CAD | Trustee Name: | Deborah Ebner (330480) |
|---|---|---|---|
| Case Name: | ZAPRIANOV, VALENTINO D. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1213 | Account #: | ******7566 Checking Account |
| For Period Ending: | 09/15/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/02/2017 | 109 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 30.43% of $6,291.57; Claim # 2; Filed: $6,291.57 | 7100-000 | | 1,914.21 | 4,526.21 |
| 08/02/2017 | 110 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 30.43% of $7,425.05; Claim # 3; Filed: $7,425.05 | 7100-000 | | 2,259.07 | 2,267.14 |
| 08/02/2017 | 111 | American Express Centurion Bank c o Becket and Lee LLP | Distribution payment - Dividend paid at 30.42% of $3,092.99; Claim # 4; Filed: $3,092.99 | 7100-000 | | 941.04 | 1,326.10 |
| 08/02/2017 | 112 | American Express Bank, FSB c o Becket and Lee LLP | Distribution payment - Dividend paid at 30.43% of $4,358.59; Claim # 5; Filed: $4,358.59 | 7100-000 | | 1,326.10 | 0.00 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-19517CAD | |
| **Case Name:** | ZAPRIANOV, VALENTINO D. | |
| **Taxpayer ID #:** | **-***1213 | |
| **For Period Ending:** | 09/15/2017 | |

| | |
|---|---|
| **Trustee Name:** | Deborah Ebner (330480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7566 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 17,224.73 | 17,224.73 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 17,224.73 | 17,224.73 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$17,224.73** | **$17,224.73** | |

# Form 2

Exhibit 9
Page:  7

## Cash Receipts And Disbursements Record

**Case No.:**            15-19517CAD

**Case Name:**          ZAPRIANOV, VALENTINO D.

**Taxpayer ID #:**      **-***1213

**For Period Ending:**    09/15/2017

**Trustee Name:**          Deborah Ebner (330480)

**Bank Name:**             Rabobank, N.A.

**Account #:**             ******7566 Checking Account

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7566 Checking Account | $17,224.73 | $17,224.73 | $0.00 |
| | **$17,224.73** | **$17,224.73** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**